

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
  Takeda Pharmaceutical Company Limited,
  Takeda Pharmaceuticals North America, Inc.
  and Takeda Global Research and Development Center, Inc.
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., and Takeda Global Research and Development Center, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Mylan, Inc., Mylan Pharmaceuticals, Inc., and UDL Laboratories, Inc. <br><br> Defendants. | Civil Action No. _____ <br><br><br> **PLAINTIFFS' <br> RULE 7.1 CORPORATE <br> DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiffs Takeda Pharmaceutical Company, Limited ("TPC"), Takeda Pharmaceuticals North America, Inc. ("TPNA"), and Takeda Global Research & Development Center, Inc. ("Takeda Global") certifies as follows:

1.  TPNA is a wholly owned U.S. subsidiary of Takeda American Holdings, Inc., which is a wholly owned U.S. subsidiary of TPC.

BOS2 685665.2

2.      Takeda Global is a wholly owned subsidiary of TPNA.

3.      As to TPC, there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
        August 5, 2008

                              Takeda Pharmaceutical Company, Limited,
Takeda Pharmaceuticals, North America, Inc. and
Takeda Global Research & Development Center, Inc.

By their attorneys,

_____
Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

David G. Conlin (to be admitted *pro hac vice*)
Barbara L. Moore (to be admitted *pro hac vice*)
Kathleen B. Carr (to be admitted *pro hac vice*)
Adam P. Samansky (to be admitted *pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 439-4444

BOS2 685665.2