```
                                                                USDS SDNY
                                                                DOCUMENT
                                                                ELECTRONICALLY FILED
                IN THE UNITED STATES DISTRICT COURT             DOC #: _____
               FOR THE SOUTHERN DISTRICT OF NEW YORK            DATE FILED: AUG 2 7 2008
```

Takeda Pharmaceutical Company Limited,
Takeda Pharmaceuticals North America, Inc.,
and Takeda Global Research and Development
Center, Inc.,

            Civil Action No. 08 CV 6999 (DLC)

       Plaintiffs,

            STIPULATION AND ORDER

   v.

Mylan, Inc.,
Mylan Pharmaceuticals, Inc., and
UDL Laboratories, Inc.,

       Defendants.

---

WHEREAS, Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., and Takeda Global Research and Development Center, Inc. (collectively "Takeda") filed their complaint in this matter (the "Complaint") on August 6, 2008;

WHEREAS counsel for Mylan, Inc., Mylan Pharmaceuticals, Inc., and UDL Laboratories, Inc. (collectively "Mylan") accepted service of the Complaint on August 7, 2008;

WHEREAS, Defendants' first responsive pleading to the Complaint is otherwise due on August 27, 2008;

WHEREAS, this is the first request by any of the parties for an extension;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for all parties, that:

1. The time for Defendants to answer, move or otherwise respond to the Complaint shall be extended fourteen (14) days, i.e. through and including September 10, 2008; and

2. A signature transmitted by email or facsimile shall be deemed an original, valid and

binding signature to this stipulation.

Dated: August 25, 2008

| EDWARDS ANGELL PALMER & DODGE LLP | ALSTON & BIRD LLP |
|---|---|
| By: /s/ Andre K. Cizmarik<br>Anthony J. Viola<br>Andre K. Cizmarik<br>750 Lexington Ave.<br>New York, NY 10022<br>(212) 308-4411 (telephone)<br>(212) 308-4844 (facsimile)<br><br>*Attorneys for Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., and Takeda Global Research and Development Center, Inc.* | By: /s/ Victoria E. Ford<br>Thomas J. Parker<br>Victoria E. Ford<br>90 Park Avenue<br>New York, NY 10016-1387<br>(212) 210-9529 (telephone)<br>(212) 922-3975 (facsimile)<br><br>William A. Rakoczy<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 W. Hubbard Street, Suite 500<br>Chicago, IL 60654<br><br>*Attorneys for Defendants Mylan, Inc., Mylan Pharmaceuticals, Inc., and UDL Laboratories, Inc.* |

SO ORDERED this 26 day of August, 2008

_____
United States District Court Judge
PART 2

- 2 -